# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | | |
|---|---|---|
| ANTHONY J. WILLIAMS, | § | |
| *Plaintiff,* | § § § | |
| v. | § | CIVIL ACTION NO. 1:10-CV-382 |
| ENTERGY SERVICES, INC., | § § § | |
| *Defendant.* | § § | |

## MEMORANDUM ORDER ADOPTING REPORT
## AND GRANTING SUMMARY JUDGMENT

Pending before the Court is the defendant, Entergy Services Inc.'s motion for summary judgment [doc. #24]. The Court referred this matter to United States Magistrate Judge Keith F. Giblin for consideration and recommended disposition of case-dispositive pretrial motions. The Court has received and considered the report of the United States Magistrate Judge, along with the record and pleadings.

The magistrate judge recommended that the Court grant the motion for summary judgment. To date, no party has objected to the report and recommendation. After review, the Court finds that Judge Giblin's findings and recommendations should be accepted. The Court **ORDERS** that the report and recommendation on motion for summary judgment [doc. #31] is **ADOPTED**. The Court further **ORDERS** that the defendant's motion for summary judgment [doc. #24] is **GRANTED**. The plaintiff's claims are **DISMISSED** in their entirety, with prejudice. The court will enter final judgment separately.

So **ORDERED** and **SIGNED** this **10** day of **August, 2011.**

_____
Ron Clark, United States District Judge